Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

central _____ Division

| | |
|---|---|
| William robert mcgrann ) | Case No. 4-20-CV-248 |
| ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) ) | Jury Trial: (check one) ☑ Yes ☐ No |
| -v- ) | |
| UMPG MUSIC COMPANY. president of umpg music company lucian grainge ) | RECEIVED<br>AUG 07 2020<br>CLERK OF DISTRICT COURT<br>SOUTHERN DISTRICT OF IOWA |
| *Defendant(s)* ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | William robert mcgrann |
   | Street Address | 1420 mulberry st |
   | City and County | Des moines.  Polk |
   | State and Zip Code | Iowa.   50309 |
   | Telephone Number | 515-350-8395 |
   | E-mail Address | mcgrannwilliam2@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Lucian. Grainge
- Job or Title (if known): President of UMPG music company
- Street Address: 2220 colorado ave
- City and County: Sanata monica
- State and Zip Code: California 661776
- Telephone Number:
- E-mail Address (if known): communitcations,@umusic.com

Defendant No. 2
- Name: UMPG MUSIC COMPANY
- Job or Title (if known): Company
- Street Address: 2220 colorado. ave
- City and County: Santa monica   Los Angles
- State and Zip Code: California 661776
- Telephone Number:
- E-mail Address (if known): communications@umusic.com

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* William robert mcgrann, is a citizen of the State of *(name)* Iowa.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Lucian grainge, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* UMPG MUSIC COMPANY, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California

Or is incorporated under the laws of *(foreign nation)* No,

and has its principal place of business in *(name)* No

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

lyrics sent to decxa record company in 1970 was accepted by loretta lynn of decca records  mrs loretta lynn  did come to my house to see me over the lyrics she accepred to make a song out of  my dad turned them her away by telling mrs lynn that i didnt live there any more the song coal miners daughter by loretta lynn is the song mrs lynn   used my lyrics in and the song mrs loretta lynn.  came to my house to see me about

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

umpg whom bought decca records in 1973 two years after i sent lyrics two record company  now umpg royaltie window has a fraud runing reaping the royaltes and in dangering my life  there useing people from appanoose  i put three others as witness,s with mine peggy seddon peggy mcgrann betty hatfield mcgrann and mine billy mcgrann iam owed 50 years back royalties off four songs coal miners daughter).  if i cant have you i dont want nobody else baby (.  love you all over  and over   and love some body find somebody to ove that song is mine and linda gray gibb  who i owe for  telling what to write for lyrics to make songs

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

to receive whats rightfully mine  50 years  back  royalties and  i let the court say the damages

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 5, 2020

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: William robert mxgrann

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

